# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| RONNIE JULES BAHAM, | ) | No. 2:22-cv-00010-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **GRANTING ADMISSION** |
| XTANT MEDICAL HOLDINGS, INC., | ) | *PRO HAC VICE* **OF** |
| | ) | **DALE L. TRIMBLE** |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Ronnie Jules Baham, has moved for an order allowing Dale L. Trimble, Esq., to appear *pro hac vice* in this case with Richard A. Ramler of Ramler designated as local counsel. Mr. Trimble's application appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. Trimble to appear on its behalf is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing pro hac vice may act as co-lead counsel;

3. Mr. Trimble must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs, and if designated co-lead counsel, must appear and participate personally in all proceedings before this Cour;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local Counsel shall also sign all such pleadings, motions and briefs, and other documents served or filed; and

6. Admission is personal to Mr. Trimble, no the law firm he works for.

7. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Trimble shall file, within fifteen (15) days form the date of this Order, an acknowledgement and acceptance of their admission under the terms set forth above.

   DATED this 31st day of March 2022.

*Brian Morris* (signature)

Brian Morris, Chief District Judge
United States District Court