IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RONNIE JULES BAHAM,<br><br>Plaintiff,<br><br>v.<br><br>XTANT MEDICAL HOLDINGS, INC.,<br><br>Defendant. | CV-22-10-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONDUCT HEARING BY VIDEOCONFERENCE** |

Defendant Xtant Medical Holdings, Inc. ("Xtant"), having moved this Court for an Order allowing counsel for all parties to attend the July 12, 2022 Hearing on Motion to Change Venue, and good cause appearing, therefore;

IT IS HEREBY ORDERED that the Hearing on Motion to Change Venue, set for 11:00 a.m. on July 12, 2022, shall be held by ZOOM. The Clerk of Court will provide the parties with the ZOOM link.

DATED this 7th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1